Morris REESE, Plaintiff–Appellant,

v.

SOUTHWESTERN BELL
TELEPHONE, L.P.,
Defendant–Appellee,

and

GTE Southwest, Inc., Defendant–
Appellee.

No. 2009–1215.

United States Court of Appeals,
Federal Circuit.

Oct. 6, 2009.

Jeffrey S. Levinger, Hankinson Levinger LLP, of Dallas, TX, for plaintiff-appellant. With him on the brief was David H. Judson, Law Office of David H. Judson, of Dallas, TX.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, IL, for defendant-appellee Southwestern Bell Telephone, L.P. With him on the brief was Michael J. Songer, Crowell & Moring LLP, of Washington, DC.

James H. Wallace, Jr., Wiley Rein LLP, of Washington, DC, for defendant-appellee

GTE Southwest, Inc. On the brief were Leonard C. Suchyta and Caren K. Khoo, Verizon Corporate Resources Group LLC, of Basking Ridge, New Jersey. Of counsel was Kevin P. Anderson, Wiley Rein LLP, of Washington, DC.

Before MAYER, RADER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.